Appeal Nos. 24-5782, 24-5779

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

SHANE BEARD, HILDA PEREZ and N.P., a minor, by and through Guardian ad Litem, Donnie R. Cox,

*Plaintiffs/Appellants/Cross-Appellees,*

vs.

COUNTY OF STANISLAUS et al.

*Defendants/Appellees/Cross-Appellants*

_____

On Appeal From a Decision of the United States District Court, Eastern District of California, Case No. 1:21-cv-00841-JAM-CSK
_____

**APPELLEES'/CROSS-APPELLANTS'S
SUPPLEMENTAL EXCERPTS OF RECORD**,
**INDEX VOLUME**
_____

                                    PORTER SCOTT
                                    A Professional Corporation
                                    John R. Whitefleet, SBN 213301
                                    2180 Harvard St. STE 500
                                    Sacramento, CA 95815
                                    Telephone: 916.929.1481
                                    Facsimile: 916.927.3706
                                    Attorneys for Defendant/Appellee
                                    County of Stanislaus

_____

4882-8952-8758, v. 1

# INDEX OF DOCUMENTS IN SUPPLEMENTAL EXCERPTS OF RECORD

| ECF DOCKET NO. | DOCUMENT | PAGES |
|---|---|---|
| | VOLUME 1 OF 3 | |
| 195 | Trial transcript Day 9 | SER-0002-0151 |
| | VOLUME 2 OF 3 | |
| 225 | Trial transcript Day 8 | SER-0153-0320 |
| 223 | Trial transcript Day 6 pp.1-132 | SER-0321-0451 |
| | VOLUME 3 OF 3 | |
| 223 | Trial transcript Day 6 pp.133-144 | SER-0453-0465 |
| 194 | Reply to Opposition to Motion for New trial | SER-0466-0473 |
| 193 | Reply to Opposition to Motion for Renewed Judgment as a Matter of Law | SER-0474-0478 |
| 190-1 | Declaration of Robert Powell | SER-0479-0491 |
| 190 | Plaintiff's Opposition to Motion for New Trial | SER-0492-0519 |
| 189 | Plaintiff's Opposition to Motion for Renewed Judgment as a Matter of Law | SER-0520-0543 |
| 177 | Notice and Motion for New Trial | SER-0544-0556 |
| 176 | Notice and Motion for Renewed Judgment as a Matter of Law | SER-0557-0571 |
| 170 | Notice and Motion to Correct Judgment | SER-0572-0573 |
| 155 | Defendants Supplemental Brief in support of Motion for Judgment | SER-0574-0580 |
| 101 | Defendants trial brief | SER-0581-0594 |

| n/a | Excerpted trial exhibits Plaintiffs' Exhibits 1-69 Delivered Service Logs | SER-0595-0734 |
|---|---|---|
| n/a | Defendants' Exhibit A31 | SER-0735 |
| n/a | Defendants' Exhibit A42 | SER-0736-0737 |