NO. 24-5779
IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SHANE BEARD, HILDA PEREZ, and N.P., a minor, by and through Guardian ad Litem Donnie R. Cox,

Plaintiffs/Appellants,

v.

COUNTY OF STANISLAUS, a political subdivision of the State of California, ERIC ANDERSON, APRIL COBBS, MARIELA GOMEZ, DAVID GRANADOS, STEPHANIE HERRERA, SHARI JOHNSON, SHYNELLE JONES, GLORIA SOLORIO, and DOES 1 through 10,

Defendants/Appellees,

On Appeal from the United States District Court
For the Eastern District of California
Honorable John A Mendez
District Court Case No. 1:21-cv-00841-JAM-CSK

**APPELLEES' STIPULATION TO EXTEND OF BRIEFING REPLY ON APPEAL**

JOHN R. WHITEFLEET, SBN NO. 213301
Porter Scott
2180 Harvard Street, Suite 500
Sacramento, CA 95815
(916) 929-1481

Attorney for Defendants/Appellees
COUNTY OF STANISLAUS, ERIC ANDERSON, APRIL COBBS, MARIELA GOMEZ, DAVID GRANADOS, STEPHANIE HERRERA, SHARI JOHNSON, SHYNELLE JONES, and GLORIA SOLORIO

Under Ninth Circuit Rule 31-2.2(b), Appellees COUNTY OF STANISLAUS, ERIC ANDERSON, APRIL COBBS, MARIELA GOMEZ, DAVID GRANADOS, STEPHANIE HERRERA, SHARI JOHNSON, SHYNELLE JONES, and GLORIA SOLORIO hereby request an extension of the briefing schedule as follows:

Currently, the briefing schedule for the remaining briefs is as follows:

The Cross Appeal Reply Brief is due September 19, 2025.

The parties have met and conferred regarding Defendants' need for additional time to complete the briefing schedule and agree that reply brief on cross-appeal should be extended by 30 days. Accordingly, the parties request the briefing schedule be modified as follows:

Cross Appeal Reply Brief Due October 20, 2025.

                                        Respectfully submitted,

Dated: September 19, 2025               PORTER SCOTT
                                              A Professional Corporation

                                              /s/ John R. Whitefleet
                                              John R. Whitefleet
                                              Attorney for Defendants/Appellees

Dated: September 19, 2025
                                              /s/ Samuel H. Park (*as authorized on 09/19/2025*)
                                              Robert R. Powell
                                              Samuel H. Park
                                              Attorney for Plaintiffs/Appellants